JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GIORGIO ARMANI CORPORATION, ET AL.,<br><br>    Defendants. | Case No. CV 22-8704-DMG (RAOx)<br><br>**JUDGMENT** |

1       On September 24, 2024, the Court granted Defendants Giorgio Armani Corporation and Aetna Life Insurance Co.'s motion to dismiss Plaintiff Healthcare Ally Management of California, LLC's ERISA claim and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, thereby resolving all remaining issues and claims outstanding herein.

      **IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** without prejudice.

DATED: September 24, 2024

                                     DOLLY M. GEE
                                      CHIEF UNITED STATES DISTRICT JUDGE